Filed 8/29/14  P. v. Tablas CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D065026 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD234792) |
| IVAN TABLAS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Robert F. O'Neill, Judge.  The Judgment is affirmed.

Sheila Quinlan, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In April 2011 Ivan Tablas hit his wife, causing a traumatic condition.  In July 2012 Tablas entered a negotiated guilty plea to inflicting corporal injury on a spouse (Pen. Code, § 273.5, subd. (a)).  In September, the court placed him on three years' probation.  In February 2013 Tablas, acting in propria persona, filed a motion to terminate probation in order to avoid deportation.  The court appointed counsel for Tablas

and in May, counsel filed a motion to withdraw the plea, incorporating the termination motion.  In June, the court denied the motions.  Tablas appeals.  We affirm.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the proceedings below.  Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel mentions as a possible but not arguable issue whether the court abused its discretion by denying the withdrawal motion.

We granted Tablas permission to file a brief on his own behalf.  He has not responded.  A review of the record pursuant to *Wende*, *supra*, 25 Cal.3d 436 and *Anders*, *supra*, 386 U.S. 738, including the possible issue listed pursuant to *Anders*, has disclosed no reasonably arguable appellate issues.  Tablas has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

BENKE, J.

WE CONCUR:

McCONNELL, P. J.

IRION, J.

2